July 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CAMILE  ERMINE STANLEY, Appellant

NO. 14-14-00565-CR and
    14-14-0566-CR                       V.

THE STATE OF TEXAS, Appellee

_____

These consolidated causes were heard on their respective records.  Having inspected the records, this Court finds no error in either of the judgments.

In Cause No. 14-14-00565-CR, this Court orders the judgment of the court below **AFFIRMED.**  We further order appellant to pay all costs incurred in this appeal.  We further order this decision certified below for observance.

In Cause No. 14-14-00566-CR, this Court orders the judgment of the court below **AFFIRMED.**  We further order appellant to pay all costs incurred in this appeal.  We further order this decision certified below for observance.